The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT CONKLIN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> THURSTON COUNTY, the THURSTON COUNTY SHERIFF'S OFFICE, THURSTON COUNTY SHERIFF'S DETECTIVE FRAWLEY, the CITY OF YELM, the YELM POLICE DEPARTMENT, and JOHN DOES 1-20, employees and officials of Thurston County, the Thurston County Sheriff's Department, the City of Yelm, and the Yelm Police Department, <br><br> Defendants. | NO.  3:10-cv-05281-RBL <br><br><br> STIPULATION AND ORDER RE: RELATION BACK OF PLAINTIFF'S AMENDED COMPLAINT |

Plaintiff, Robert Conklin, by and through his attorneys of record, Michael J. Kelly and the law firm of Van Siclen, Stocks & Firkins and Defendants Thurston County and the City of Yelm, *et. al.*, through their counsel of Record John Justice of the law firm of Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S. (Thurston Co. Defendants) and Robert

STIPULATION AND ORDER RE: RELATION BACK OF
PLAINTIFF'S AMENDED COMPLAINT - 1
f:\clients\Conklin\Pleadings\StipOrderRelationBack

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street NE
Auburn, WA  98002-1381
(253) 859-8899

Christie and Jason Rosen of the Christie Law Group, PLLC (Yelm Defendants) enter the following Stipulation:

1. This lawsuit was filed twice by Plaintiff, initially on January 22, 2010 and again on March 23, 2010 for legal reasons relating to Washington's claim filing statute, RCW 4.96.020, and the strict Washington case law with respect to the interpretation of the 60-day waiting period and tolling of the statute of limitations related to that statute. *Castro v. Stanwood School District No. 401,* 151 Wn.2d 221 (2004) and *Troxell v. Rainier Public School District,* 154 Wn.2d 345 (2005).

2. The respective Complaints in each of the two lawsuits set forth the identical facts, but other sections of those Complaints differ in ways that make a single answer from each Defendant impossible and, if left in place would result in two Answers from each Defendant, rather than one.

3. In order to alleviate this unnecessary problem, Plaintiff has agreed to file an Amended Complaint, and has done so simultaneously with this Stipulation.

4. The parties further agree and stipulate that, for the purposes of any statute of limitations or other defenses related to the timing of the filings, Plaintiff's Amended Complaint relates back to the dates of filing for the original Complaints, respectively.

STIPULATION AND ORDER RE: RELATION BACK OF
PLAINTIFF'S AMENDED COMPLAINT - 2
f:\clients\Conklin\Pleadings\StipOrderRelationBack

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street NE
Auburn, WA 98002-1381
(253) 859-8899

DATED this 13th day of May, 2010.

        VAN SICLEN, STOCKS & FIRKINS

        /S/ Michael Kelly
By:_____
  Michael J. Kelly, WSBA #31816
  Attorney for Plaintiff

DATED this 13th day of May, 2010.

        LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

        /S/ John Justice
By:_____
  John Justice
  Attorneys for Thurston Co. Defendants

DATED this 13th day of May, 2010.

        CHRISTIE LAW GROUP, PLLC

        /S/ Jason Rosen
By:_____
  Robert Christie, WSBA #10895
  Jason Rosen, WSBA# 26550
  Attorneys for Yelm Defendants

STIPULATION AND ORDER RE: RELATION BACK OF
PLAINTIFF'S AMENDED COMPLAINT - 3
f:\clients\Conklin\Pleadings\StipOrderRelationBack

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street NE
Auburn, WA  98002-1381
(253) 859-8899

**ORDER**

The Court has reviewed the stipulation above, NOW THEREFORE

IT IS HEREBY ORDERED that Plaintiff's Amended Complaint in Cause Number 3:10-cv-05281-RBL is deemed to relate back to the dates of filing of the original complaints, respectively.

DONE this 20th of May, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: RELATION BACK OF
PLAINTIFF'S AMENDED COMPLAINT - 4
f:\clients\Conklin\Pleadings\StipOrderRelationBack

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street NE
Auburn, WA 98002-1381
(253) 859-8899